**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | No. 76 |
| | : | |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE PENNSYLVANIA LAWYERS FUND FOR CLIENT SECURITY BOARD | : : : : | CLIENT SECURITY APPOINTMENT DOCKET |

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of January, 2021, Barbara E. Griffin, Esquire, is hereby designated as Chair, and the Honorable David A. Regoli (Ret.), as Vice-Chair, of the Pennsylvania Lawyers Fund for Client Security Board, commencing April 1, 2021.